**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6543

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAOUL LAFOND, a/k/a Fletcher Busbee, a/k/a Chris Lafond, a/k/a Jim, a/k/a Jamaican Jim, a/k/a Derrick Burch, a/k/a Ronald Elie, a/k/a Ronald Ely,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (6:96-cr-00212-CCE-1)

Submitted:  September 25, 2025                    Decided:  September 30, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raoul Lafond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raoul Lafond appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We review a district court's ruling on a compassionate release motion for abuse of discretion.  *United States v. Davis*, 99 F.4th 647, 653 (4th Cir. 2024).  We have reviewed the record and find no abuse of discretion.  Accordingly, we affirm the district court's order.  *United States v. Lafond*, No. 6:96-cr-00212-CCE-1 (M.D.N.C. Apr. 23, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*